United States Dis[trict]
Western District of W[isconsin]

DOC[...] REC'D/FILED
2021 MAY 21 AM 10:25
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Robert William Allen #63608

Plaintiff,

V.S.   Case No. 21-cv-348-wmc

1) Securus Technologies
2) Sherriff of Green County Jail = Jeffery Skatrud
3) Lt Quinn of Green Co Jail = Curtis Quinn
4) ~~Stobarts to Sherrif~~ Green County Jail
5) 58th Deputy Ashley Foster
6) Cheif Deputy Tom Moczynski
7)
8)

Defendant(s),

# Complaint

☑ 42 U.S.C. § 1983 (State, County, or municipal defendants)

## #1. Federal Jurisdiction

Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

Page #(1) of (7)   Robert W Alln

Jurisdiction is Based on 28 U.S.C. § 1331 A Civil Action Arising under the United States Constitution or other Federal Law (you may Assert A different Jurisdictional Basis, IF Appropriate).

## (#2. Parties)

A. Plaintiff:

Full Name Robert William Allen #63608 / #576162

Prison Identification # 63608 / #576162

Current Address 2827 6th St. Monroe WI 53566-0473

For Additional plaintiffs, provide the Information in the same Format As Above on A seperate page. IF there is more than one plaintiff, each plaintiff must sign the Complaint, And Each plaintiff is Responsible For paying his or her own complete, Seperate Filing Fee.

B. Defendants

Defendant #1:
Full Name: Securus technologies
Current Job title: Phone Company
Current Work Address: PO Box 1109 Dallas TX 75001

Defendant #2 Jeffery Skatrud
Full Name: Sheriff of Green County Jail
Current Job title: Sheriff of Gree Co Jail
Current Work Address 2827 6th St Monroe WI 53566

page #(2) of (7)   Robert W Allen

Defendant #3:

Full Name: Lt. Quinn Curtis

Current Job title: Lttient of Green co Jail

Current work Address: 2827 6th St. Monroe WI 53566

Defendant #4:

Full Name: ~~XXXXXXXXXXXXXXXX~~ Green co Jail

Current Job title: ~~XXXXXXXXXXXXXXXX~~ Green Co Jail

Current work Address: 2827 6th St. Monroe WI 53566

Defendant #5:

Full Name: Deputy #58 Ashley Foster

Current Job title: Deputy at Green co Jail

Current work Address: 2827 6th St. Monroe WI 53566

Defendant #6: Full Name: Chief Deputy Tom MOCZYNSKI

Current Job title: Chief Deputy

Current work Address: 2827 6th St. Monroe WI 53566

#(3). Litigation History

The "three Strikes Rule" bars A prisoner from Bringing A Civil Action or Appeal in forma pauperis in Federal Court if that prisoner has "on 3 or more occasions, while Incarcerated or detained in Any facility, brought an Actions or Appeal in a court of the united states that was dismissed on the Grounds that ~~the~~ it is frivolous, malicious, or ~~fails~~ to state A claim upon which relief may be granted, unless the prisoner is under imminent danger of Serious physical injury" 28 U.S.C. §1915(g).

A.) Have you Brought Any other Lawsuits In state or Federal court dealing with the same Facts Involved in this Case? Yes ☐  NO ☒

B.) Have you Brought Any other lawsuits in Federal court while Incarcerated? Yes ☒  NO ☐

C.) IF your Answer to B is yes, How many? 1 Describe the lawsuit(s) Below.

1) Name of Case and Docket number: Robert W. Allen v.s. Stephenson Co Jail, wexford Health services Docket # unknown

2) Basic Claim made: left me In pain at Jail prison It was Dissmissed

Name of Case And Docket number

1) Allen vs. WexFord Health services et al (3:21-cv-03106-SLD)

2) On Going

Robert w Allen

page # (4) of (7)

Page #(5)

#IV. Exhaustion of Administrative Remedies

Prisoners must exhaust Available Administrative remedies before filing An Action in Federal Court About prison conditions. 42 U.S.C. § 1997e(a). You are Not required to Allege or prove Exhaustion of Administrative remedies in the Complaint. However your case must Be dismissed if the defendants show that you have not Exhausted your Administrative remedies, or if lack of Exhaustion is Clear From the Complaint And its Attatchments. You May Attach Copies of materials relating to Exhaustion, Such As Grievances, Appeals And official responses. These materials Are Not Required to File A Complaint, but they may Assist in understanding your Claim.

A.) Is there A Grievance procedure Avaliable at your Istitution? Yes ☒  No ☐

B.) Have you Filed A Grievance concerning the Facts relating to this Complaint? Yes ☒  No ☐

C.) Is the Grievance process Completed? Yes ☒  No ☐
From what I'm told By Deputies at the Jail.

#V Statement of Claim

Place(s) of the occurance: Green County Jail 2827 6th. St. Monroe WI 53566.

Robert W Allen

(to Be Amended) Page #(6)

Date(s) of the occurrance 02-05-2021 to Date of current

On 02-05-2021 I was transferred from Taylorville correctional Institution to Green Co Jail 2827 6th St. Monroe WI 53566 where the phone is provided By Securus Technologies And Going rate For A out Going call is For outta State where my Family Lives is $0.21 per minute plus Any Federal State + local taxes of wisconsin Are Applicable And my Family Had $75.00 prepaid to there phone Accounts # 815-275-5009. When I left Taylorville CC the Going rate of A phone call to Family there was per securus technologies was $0.01 per minute Due To A Suite won By Inmates Nation wide Rate of $0.01 per minute A copy of the Rates in Green Co Jail Has Been put In this Complaint. Interstate calls Are $3.00 For Hookup And $0.50 per minute After call conects Buy The First minute paid $3.50. Due to lack of Being Able to call my Family at 815-275-5009 or 815-275-6589 or 608-293-1370 I've Become very Depressed and put on GeoDome (meds) to Deal with not Being Able to Speak to Family + my Children.

Robert W Allen #63608
04-13-2021

Page #(6) of (7)

# Relief Requested
page # (7)

I'm Regesting that Green Co Jail And Securus technologies put the Rates Back Down to $0.01 AS IS In All Other Institutions or Jails Across the nation of the united States. Green Co Jail or Securus technologies is to pay the Fileing Fees And Attys Fees And such et. ale. pay Robert w Allen Inmate # 63608 $150,000.00 For His pain + Suffering And Depression of Not speaking to Loved ones while Incarserated In green Co Jail Due to the Rates of the phone Being way to High to pay the prices. They Should Also pay For copies of All paperwork Included In such Suite Due to Inmate Allen Being Indigent. The Bill For the copies Should Go to the Green Co Jail

Jury Demand yes X   NO ☐

Signed this 13th day of May 2021

Name of plaintiff Robert w Allen X Robert w Allen
Inmate IDentiFiccation # 63608
Address 2827 6th St. monRoe WI 53566
telephone # 608-328-9400