IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT WILLIAM ALLEN,

    Plaintiff,

v.

                              Case No. 21-cv-348-wmc

SECURUS TECHNOLOGIES, SHERIFF
OF GREEN COUNTY JAIL JEFFREY
SKATRUD, LT. CURTIS QUINN,
GREEN COUNTY JAIL, DEPUTY
ASHLEY FOSTER, AND CHIEF DEPUTY
TOM MOCZYNSKI,

    Defendants.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

/s/                                               March 30, 2022
Peter Oppeneer, Clerk of Court                Date